IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB

RESTAURANT LAW CENTER, NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, COLORADO RESTAURANT ASSOCIATION, HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER, AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL APARTMENT ASSOCIATION, and NATIONAL PROPANE GAS ASSOCIATION,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.

---

**JOINT MOTION TO VACATE SCHEDULING CONFERENCE**

---

Plaintiffs, Restaurant Law Center, et. al., and Defendant, the City and County of Denver, hereby jointly move this Court to vacate the Scheduling Conference currently scheduled for November 4, 2024 and in support state as follows:

The parties to this action have conferred extensively regarding this litigation and agree that, considering Plaintiffs have lodged a facial challenge to certain ordinances and regulations of the City and County of Denver, no initial disclosures are required and neither party requires discovery in order to proceed with the litigation. The litigation only concerns whether Denver ordinances and regulations, as written, are preempted by federal statute and neither party requires additional discovery in order to support their respective positions on this issue. Accordingly, no Scheduling Order need be issued by this Court.

As such, in order to preserve both attorney and Court resources, the parties jointly request that this Court vacate the Scheduling Conference currently set for November 4, 2024.

Respectfully submitted this 28th day of October, 2024.

By: *s/ Michele A. Horn*
Michele A. Horn
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org
*Attorney for Defendant the City and County of Denver*

By: *s/ Megan H. Berge*
Megan H. Berge
Baker Botts L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1171
megan.berge@bakerbotts.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, I caused a true and correct copy of the foregoing **JOINT MOTION TO VACATE SCHEDULING CONFERENCE** to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Megan H. Berge
Scott Novak
Baker Botts L.L.P.
700 K St NW
Washington, DC  20001
megan.berge@bakerbotts.com
scott.novak@bakerbotts.com
*Attorneys for Plaintiffs*

Angelo Amador
2055 L St NW
Washington, DC  20036
aamador@restaurant.org
*Attorney for Restaurant Law Center*

*s/ Shannon Egan*
Shannon Egan, Paralegal
City and County of Denver
201 West Colfax Avenue,
Dept. 1207
Denver, Colorado  80202-5332

3