IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER,
NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,
COLORADO RESTAURANT ASSOCIATION,
HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER,
AMERICAN HOTEL & LODGING ASSOCIATION,
NATIONAL APARTMENT ASSOCIATION, and
NATIONAL PROPANE GAS ASSOCIATION,

  Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

  Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

  This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference** [#26] (the "Motion").

  IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. The Scheduling Conference set for November 4, 2024, at 11:00 a.m. is **VACATED**. In light of the Proposed Motion to Dismiss by Applicant for Intervention Sierra Club [#16],

  IT IS FURTHER **ORDERED** that, **no later than 14 days after** any order adjudicating the Proposed Motion to Dismiss by Application for Intervention Sierra Club [#16], the parties shall file a joint motion setting a briefing schedule on any dispositive motions and, if necessary, expert witness or other deadlines. To the extent there is any disagreement, each side shall set forth its respective position in the motion.

  Dated: October 28, 2024