IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER, NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, COLORADO RESTAURANT ASSOCIATION, HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER, AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL APARTMENT ASSOCIATION, and NATIONAL PROPANE GAS ASSOCIATION,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant,

SIERRA CLUB,

    Proposed Defendant-Intervenor.

## MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b)

    I, Robert Rigonan, Esq., hereby submit this Motion for Leave to Withdraw Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, state as follows.

### REQUEST FOR RELIEF

1. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw upon approval of the Court following a showing of good cause.

2. Good cause exists for my withdrawal as an attorney for proposed Intervenor-Defendant Sierra Club in this case.

3. When Sierra Club moved to intervene in this case, I was employed as an attorney at Earthjustice's Rocky Mountain Office. As of November 18, 2024, I am no longer employed by Earthjustice's Rocky Mountain Office.

4. My withdrawal will not prejudice Sierra Club or any other party. Sierra Club is aware of my proposed withdrawal from this matter. Sierra Club will continue being represented by Michael Hiatt, Jim Dennison, and Matthew Gerhart.

5. WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw pursuant to D.C.COLO.LAttyR 5(b).

Dated November 18, 2024,

*/s/ Robert Rigonan*
Robert Rigonan
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
rrigonan@earthjustice.org

# CERTIFICATE OF SERVICE

   I hereby certify that on November 18, 2024, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b)** to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Ronald Scott Novak, Jr.
Megan H. Berge
Baker Botts LLP
700 K Street NW
Washington, DC 20001
(202) 639-7786
scott.novak@bakerbotts.com
megan.berge@bakerbotts.com

*Attorneys for Plaintiffs*

Angelo Amador
2055 L St NW
Washington, DC 20036
(202) 331-5913
AAmador@restaurant.org

*Attorney for Plaintiff Restaurant Law Center*

Michele Annette Horn
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
(720) 913-3260
michele.horn@denvergov.org

*Attorney for Defendant*

               */s/ Diana Ramirez*
               Diana Ramirez
               Senior Litigation Assistant
               Earthjustice
               633 17th Street, Suite 1600
               Denver, CO 80202
               dramirez@earthjustice.org