IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Restaurant Law Center, National Association of Home Builders of the United States, Colorado Restaurant Association, Home Builders Association of Metropolitan Denver, American Hotel & Lodging Association, National Apartment Association, and National Propane Gas Association,**<br><br>　　　　　　　　　　**Plaintiffs,**<br>　v.<br><br>**The City and County of Denver,**<br><br>　　　　　　　　　　**Defendant.** | Case No. 1:24-cv-01862-KAS |

### MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b)

I, Megan H. Berge, hereby submit this Motion for Leave to Withdraw Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, state as follows.

### REQUEST FOR RELIEF

1. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw upon approval of the Court following a showing of good cause.

2. Good cause exists for my withdrawal as an attorney for Restaurant Law Center, National Association of Home Builders of the United States, Colorado Restaurant Association, Home Builders Association of Metropolitan Denver, American Hotel & Lodging Association, National Apartment Association, and National Propane Gas Association ("Plaintiffs").

3. When Plaintiffs filed the complaint on July 3, 2024, I was employed as an attorney at

1

Baker Botts L.L.P. As of February 12, 2025, I am no longer employed by Baker Botts L.L.P's Office.

4. My withdrawal will not prejudice Plaintiffs or any other party. Plaintiffs are aware of my proposed withdrawal from this matter. Plaintiffs will continue being represented by R. Scott Novak and Jonathan Mark Little.

5. WHEREFORE, Megan H. Berge respectfully requests that the Court grant this motion for leave to withdraw pursuant to D.C.COLO.LAttyR 5(b).

Respectfully submitted,

  */s/ Scott Novak*
Scott Novak (DC Bar No. 1736274)
Megan H. Berge (DC Bar No. 983714)
BAKER BOTTS L.L.P.
700 K St. N.W.
Washington, DC 20001
202-639-1316
202-639-1308
Scott.novak@bakerbotts.com
Megan.berge@bakerbotts.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b) to be electronically filed with the Clerk of Court and served on the parties to this case using the CM/ECF system.

*/s/ Scott Novak*
Scott Novak (DC Bar # 1736274)
BAKER BOTTS L.L.P.
700 K St. N.W.
Washington, DC 20001
202-639-1316
Scott.novak@bakerbotts.com

*Counsel for Plaintiffs*