IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER, NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, COLORADO RESTAURANT ASSOCIATION, HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER, AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL APARTMENT ASSOCIATION, and NATIONAL PROPANE GAS ASSOCIATION,

Plaintiffs,

   v.

THE CITY AND COUNTY OF DENVER,

Defendant,

SIERRA CLUB,

Defendant-Intervenor.

---

**UNOPPOSED JOINT MOTION TO MODIFY BRIEFING SCHEDULE
FOR MOTION TO DISMISS**

---

Pursuant to this Court's Local Civil Rule 6.1, Plaintiffs and Defendant-Intervenor jointly request a modification of the briefing schedule for Defendant-Intervenor's Motion to Dismiss. Defendant does not oppose this motion.

This Court granted Defendant-Intervenor's motion to intervene on May 1 and accepted its proposed motion to dismiss as filed. ECF No. 35. Currently, Plaintiffs' response to that motion to dismiss is due May 22, and Defendant-Intervenor's reply is due June 5. *Id.* Plaintiffs and Defendant-Intervenor request that the schedule be modified to make Plaintiffs' response due June 16 and Defendant-Intervenor's reply due July 16. The additional time will assist the parties in briefing these issues alongside their counsels' other obligations, which include for Plaintiffs' counsel, *inter alia*, (1) a petition for rehearing en banc due May 9 in *Texas v. EPA*, No. 23-60069,

in the United States Court of Appeals for the Fifth Circuit, (2) a reply in support of a verified petition for writ of mandate and complaint due May 15 in *Western States Petroleum Association v. CARB*, No. 22CECG03603, in the Superior Court of the State of California for the County of Fresno, and (3) a response to a petition for writ of mandamus due May 21 in *In re Ernest Peterman*, No. 25-0129, in the Supreme Court of Texas. This is the first request for an extension on the motion to dismiss briefing.

Respectfully submitted this 6th day of May, 2025.

        By: */s/ J. Mark Little*
           J. Mark Little
           Baker Botts L.L.P.
           910 Louisiana Street
           Houston, TX 77002
           (713) 229-1489
           mark.little@bakerbotts.com

           Scott Novak
           Baker Botts L.L.P.
           700 K St NW
           Washington, DC 20001
           (202) 639-1319
           scott.novak@bakerbotts.com

           *Attorneys for Plaintiffs*

*/s/ Michael A. Hiatt*
Michael A. Hiatt
Robert Rigonan
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
mhiatt@earthjustice.org
rrigonan@earthjustice.org

Matthew Gerhart
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Suite 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Attorneys for Defendant-Intervenor Sierra Club*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 6, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Michele A. Horn
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org

*Attorney for Defendant the City and County of Denver*

Angelo Amador
2055 L St NW
Washington, DC  20036
aamador@restaurant.org

*Attorney for Restaurant Law Center*

Michael A. Hiatt
Robert Rigonan
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
mhiatt@earthjustice.org
rrigonan@earthjustice.org

Matthew Gerhart
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Suite 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Attorneys for Proposed Defendant-Intervenor Sierra Club*

  */s/ J. Mark Little*
  J. Mark Little
  Baker Botts L.L.P.
  910 Louisiana Street
  Houston, TX 77002
  (713) 229-1489
  mark.little@bakerbotts.com