IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER, NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, COLORADO RESTAURANT ASSOCIATION, HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER, AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL APARTMENT ASSOCIATION, and NATIONAL PROPANE GAS ASSOCIATION,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant,

SIERRA CLUB,

    Defendant-Intervenor.

**UNOPPOSED JOINT MOTION TO MODIFY SCHEDULE
FOR SCHEDULING MOTION**

Pursuant to this Court's Local Civil Rule 6.1 and Federal Rule of Civil Procedure 6(b), Plaintiffs, Defendant, and Defendant-Intervenor jointly request a modification of time to file a motion proposing a briefing schedule.

This Court granted in part and denied in part Defendant-Intervenor's Motion to Dismiss on September 16, 2025. ECF No. 43. Currently, the Parties' scheduling motion is due September 30, 2025. ECF No. 28. The Parties request a two-week extension of time to make this scheduling motion due October 14, 2025. The additional time will assist the parties in determining the

procedural schedule and next steps, including whether (1) an Amended Complaint and/or (2) limited discovery is appropriate. This is the first request for an extension on this scheduling motion.

Respectfully submitted this 29th day of September, 2025.

*/s/ Michael A. Hiatt*
Michael A. Hiatt
Emma Hardy
Earthjustice
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 623-9466
mhiatt@earthjustice.org
ehardy@earthjustice.org

Matthew Gerhart
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Suite 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Attorneys for Defendant-Intervenor Sierra Club*

Ronald Scott Novak, Jr.
Baker Botts LLP
700 K Street NW
Washington, DC 20001
(202) 639-7786
scott.novak@bakerbotts.com

*Attorney for Plaintiffs*

Jonathan Mark Little
Baker Botts LLP
910 Louisiana St.
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

*Attorney for Plaintiffs*

Angelo Amador
2055 L St NW
Washington, DC 20036
(202) 331-5913
AAmador@restaurant.org

*Attorney for Plaintiff Restaurant Law Center*

Michele Annette Horn
Adam C. Hernandez
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO  80202-5332
(720) 913-3260
michele.horn@denvergov.org
adam.hernandez2@denvergov.org

*Attorneys for Defendant City and County of Denver*

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I caused a true and correct copy of the foregoing **UNOPPOSED JOINT MOTION TO MODIFY SCHEDULE FOR SCHEDULING MOTION** to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Ronald Scott Novak, Jr.
Baker Botts LLP
700 K Street NW
Washington, DC 20001
(202) 639-7786
scott.novak@bakerbotts.com

*Attorney for Plaintiffs*

Jonathan Mark Little
Baker Botts LLP
910 Louisiana St.
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

*Attorney for Plaintiffs*

Angelo Amador
2055 L St NW
Washington, DC 20036
(202) 331-5913
AAmador@restaurant.org

*Attorney for Plaintiff Restaurant Law Center*

Michele Annette Horn
Adam C. Hernandez
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
(720) 913-3260
michele.horn@denvergov.org
adam.hernandez2@denvergov.org

*Attorneys for Defendant City
and County of Denver*

/s/ Diana Ramirez
Diana Ramirez
Senior Litigation Assistant
Earthjustice
1125 17th Street, Suite 1010
Denver, CO 80202
dramirez@earthjustice.org

3