IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Restaurant Law Center, National Association of Home Builders of the United States, Colorado Restaurant Association, Home Builders Association of Metropolitan Denver, American Hotel & Lodging Association, National Apartment Association, and National Propane Gas Association,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>The City and County of Denver,<br><br>　　　　　　　　　　　Defendant,<br><br>and<br><br>Sierra Club,<br><br>　　　　　　　　　　　Defendant–Intervenor | Civil Action No. 24-cv-01862-PAB-KAS |

## Joint Scheduling Motion

Pursuant to this Court's orders of October 28, 2024, ECF No. 28, and September 29, 2025, ECF No. 48, the parties have agreed on a path forward in this litigation. Plaintiffs first will amend their complaint with the consent of all parties. Then Defendant and Defendant-Intervenor will move to dismiss. The parties propose the following schedule for these proceedings:

| Event | Due Date |
|---|---|
| Plaintiffs' First Amended Complaint | October 24, 2025 |
| The City and County of Denver's Motion to Dismiss | December 8, 2025 |
| Sierra Club's Motion to Dismiss | December 8, 2025 |

1

| | |
|---|---|
| Plaintiffs' Response to the City and County of Denver's Motion to Dismiss | January 22, 2026 |
| Plaintiffs' Response to Sierra Club's Motion to Dismiss | January 22, 2026 |
| The City and County of Denver's Reply to Plaintiffs' Response to its Motion to Dismiss | February 23, 2026 |
| Sierra Club's Reply to Plaintiffs' Response to its Motion to Dismiss | February 23, 2026 |

All parties consent to this briefing schedule and respectfully request that the Court enter an order granting this Joint Scheduling Motion.

Respectfully submitted this 14th day of October, 2025.


/s/ *J. Mark Little*
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

Ronald Scott Novak, Jr.
Baker Botts LLP
700 K Street NW
Washington, DC 20001
(202) 639 7786
scott.novak@bakerbotts.com

*Attorneys for Plaintiffs*

/s/ *Michele Annette Horn*
Michele Annette Horn
Adam C. Hernandez
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
(720) 913-3260
michele.horn@denvergov.org
adam.hernandez2@denvergov.org

*Attorneys for Defendant City and County of Denver*

/s/ *Michael A. Hiatt*
Michael A. Hiatt
Emma Hardy
Earthjustice
1125 17th St., Suite 1010
Denver, CO 80202
(303) 623-9466
mhiatt@earthjustice.org
ehardy@earthjustice.org

Matthew Gerhart
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Sierra Club
1650 38th St. Suite 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

*Attorneys for Defendant-Intervenor Sierra Club*