IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER,
NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,
COLORADO RESTAURANT ASSOCIATION,
HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER,
AMERICAN HOTEL & LODGING ASSOCIATION,
NATIONAL APARTMENT ASSOCIATION, and
NATIONAL PROPANE GAS ASSOCIATION,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant,

SIERRA CLUB,

    Defendant-Intervenor.
_____

# MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Joint Scheduling Motion** [#49] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. The parties' briefing schedule is as follows:

| Event | Deadline |
| --- | --- |
| Plaintiffs' First Amended Complaint | October 24, 2025 |
| The City and County of Denver's Motion to Dismiss | December 8, 2025 |
| Sierra Club's Motion to Dismiss | December 8, 2025 |
| Plaintiffs' Response to the City and County of Denver's Motion to Dismiss | January 22, 2026 |
| Plaintiffs' Response to Sierra Club's Motion to Dismiss | January 22, 2026 |

| The City and County of Denver's Reply in support of its Motion to Dismiss | February 23, 2026 |
|---|---|
| Sierra Club's Reply in support of its Motion to Dismiss | February 23, 2026 |

Dated: October 16, 2025                    BY THE COURT:

Kathryn A. Starnella
United States Magistrate Judge