IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Restaurant Law Center, National Association of Home Builders of the United States, Colorado Restaurant Association, Home Builders Association of Metropolitan Denver, American Hotel & Lodging Association, National Apartment Association, and National Propane Gas Association,**<br><br>　　　　　　　　　**Plaintiffs,**<br>　v.<br><br>**The City and County of Denver,**<br><br>　　　　　　　　　**Defendant.** | Case No. 1:24-cv-01862-KAS |

### MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b)

Plaintiffs hereby submit this Motion for Leave to Withdraw Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, state as follows.

### REQUEST FOR RELIEF

1. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw upon approval of the Court following a showing of good cause.

2. Good cause exists for Angelo Amador's withdrawal as an attorney for Restaurant Law Center.

3. When Plaintiffs filed the complaint on July 3, 2024, Angelo Amador was employed as an attorney at Restaurant Law Center. After November 14, 2025, Angelo Amador will no longer be employed by Restaurant Law Center.

4. Angelo Amador's withdrawal will not prejudice Restaurant Law Center or any other party.

1

Restaurant Law Center is aware of his proposed withdrawal from this matter. Restaurant Law Center will continue being represented by Jonathan Mark Little and R. Scott Novak.

5. WHEREFORE, Plaintiffs respectfully requests that the Court grant this motion for leave to withdraw pursuant to D.C.COLO.LAttyR 5(b).

Respectfully submitted,

  /s/ J. Mark Little_____
J. Mark Little (TX Bar No. 24078869)
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
mark.little@bakerbotts.com

Scott Novak (DC Bar No. 1736274)
BAKER BOTTS L.L.P.
700 K St. NW
Washington, DC 20001
(202) 639-1316
scott.novak@bakerbotts.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW PURSUANT TO D.C.COLO.LAttyR 5(b) to be electronically filed with the Clerk of Court and served on the parties to this case using the CM/ECF system.

  /s/ J. Mark Little
J. Mark Little (TX Bar No. 24078869)
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
mark.little@bakerbotts.com

*Counsel for Plaintiffs*

3