IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01862-PAB-KAS

RESTAURANT LAW CENTER,
NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,
COLORADO RESTAURANT ASSOCIATION,
HOME BUILDERS ASSOCIATION OF METROPOLITAN DENVER,
AMERICAN HOTEL & LODGING ASSOCIATION,
NATIONAL APARTMENT ASSOCIATION, and
NATIONAL PROPANE GAS ASSOCIATION,

Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,

Defendant,

and

SIERRA CLUB,

Defendant-Intervenor.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 70] of United States District Judge Philip A. Brimmer entered on August 7, 2026, it is

**ORDERED** that Defendant the City and County of Denver's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [Docket No. 57] is **GRANTED**. It is further

**ORDERED** that Defendant-Intervenor Sierra Club's Motion to Dismiss First Amended Complaint [Docket No. 58] is **GRANTED**. It is further

**ORDERED** that plaintiffs' complaint is **DISMISSED with prejudice**. It is further

**ORDERED** that judgment shall enter in favor of defendant and defendant-intervenor and against plaintiffs. It is further

**ORDERED** that defendant-intervenor, which substantially contributed to the resolution of the issues presented, and defendant are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

**ORDERED** that this case is closed.

Dated: August 13, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk